04-CV-05462-ORD

FILED _____ LODGED
RECEIVED
JUL 31 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| NICHOLAS CHRISTOFORO, an infant, by and through his mother and next friend, Jessica Christoforo,<br><br>and<br><br>JESSICA CHRISTOFORO,<br><br>and<br><br>JAMES CHRISTOFORO,<br><br>   Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | NO: CV 4-5462 RBL<br><br>PROPOSED ORDER APPROVING ANNUAL REPORT AND FEES |

THIS MATTER having come on regularly for hearing before the undersigned Judge/Court Commissioner of the above-entitled Court on the date shown below upon the Petition of Trustee for the entry of an order approving its annual report and fees, filed by Wells Fargo Bank, NA, Trustee of the Nicholas Christoforo Supplemental Needs Trust, u/a dtd March 30, 2006, the Trustee being represented by Aiken, St. Louis & Siljeg, P.S., and the Court having considered the Petition, all attachments to the Petition, and being fully advised in the premises, Now Therefore, the Court Makes the Following:

ORDER APPROVING ANNUAL REPORT AND FEES - 1
Cause No.: CV 4-5462 RBL
(OrdAnnRep062607.doc)

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
1200 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-2650/Fax (206) 623-5764

# I. FINDINGS OF FACT

**A. Jurisdiction.** The facts alleged in the Petition of Trustee for Order Approving Annual Report and Fees, and all attachments to that Petition are true and include all of the facts necessary to give the Court jurisdiction over this matter.

**B. Acts of Trustee.** It appears to the Court that all acts required of the Trustee have been performed.

**C. Correctness of Annual Accounting.** It appears to the Court that the accounting submitted by the Trustee is correct.

**D. Notice.** Notice of the hearing on this matter has been properly provided to the parties entitled to receive such notice.

# II. CONCLUSIONS OF LAW

**A. Jurisdiction.** The Court has jurisdiction over the parties and the subject matter of this trust proceeding.

**B. Approval of Accounting.** The Court should enter an Order approving the accounting of the Trustee for the period from May 1, 2006 through April 30, 2007.

**C. Proposed Budget.** The Court should enter an order approving the proposed budget of the Trustee for the period from May, 2007 through August, 2008.

Based on the foregoing Findings of Fact and Conclusions of Law, the Court makes the following:

# III. ORDER

**A. Approval of Accounting of Trustee.** The accounting of Wells Fargo Bank, N.A., the Trustee of the Nicholas Christoforo Supplemental Needs Trust, u/a dtd March 30, 2006, and all of the Trustee's accounts, actions, investments, and expenditures set forth in the accounting for the period from May 1, 2006 through April 30, 2007 are approved.

**B. Approval of Fees of Trustee.** The fees of Wells Fargo Bank, N.A. as Trustee of the Nicholas Christoforo Supplemental Needs Trust, u/a dtd March 30, 2006 for the period

ORDER APPROVING ANNUAL REPORT AND FEES - 2
Cause No.: CV 4-5462 RBL
(OrdAnnRep062607.doc)

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
1200 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-2650/Fax (206) 623-5764

from May 1, 2006 through April 30, 2007 in the total amount of $16,533.12 are approved. The payment of the approved fees and costs from the assets of the Trust estate shall be and hereby is ratified.

C. **Proposed Budget.** The proposed budget of the Trustee attached as Exhibit "A" to the Petition of Trustee for Order Approving Annual Report and Fees shall be and hereby is approved.

D. **Next Annual Accounting.** The next annual report and accounting of the Trustee shall cover the period from May 1, 2007 through April 30, 2008 and shall be filed no later than 90 days after April 30, 2008.

E. _____.

Dated this 27th day of July, 2007.

*[signature]*
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

Presented by:

AIKEN, ST. LOUIS & SILJEG, P.S.

*[signature]*
Richard L. Furman Jr., WSBA # 3110
Corey T. Denevan, WSBA # 32114
Attorneys for Trustee

ORDER APPROVING ANNUAL REPORT AND FEES - 3
Cause No.: CV 4-5462 RBL
(OrdAnnRep062607.doc)

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
1200 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-2650/FAX (206) 623-5784