**Honorable Ronald B. Leighton**
**Hearing Location: Tacoma**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| NICHOLAS CHRISTOFORO, an infant, by and through his mother and next friend, Jessica Christoforo, <br><br> and <br><br> JESSICA CHRISTOFORO, <br><br> and <br><br> JAMES CHRISTOFORO, <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>  Defendant. | NO: CV 4-5462 RBL <br><br> ORDER APPROVING ANNUAL REPORT <br><br> **HEARING DATE:** <br> **Friday, August 24, 2012** <br> **Oral Argument Not Requested** |

THIS MATTER having come on regularly for hearing before The Honorable Ronald B. Leighton on the date shown below upon the Petition of Trustee for the entry of an order approving its annual report and fees, filed by Wells Fargo Bank, NA, Trustee of the Nicholas Christoforo Supplemental Needs Trust, u/a dtd March 30, 2006 ("Trust"), the Trustee being represented by Aiken, St. Louis & Siljeg, P.S., and the Court having considered the Petition, all attachments to the Petition, and being fully advised in the premises, Now Therefore, the Court Makes the Following:

ORDER APPROVING ANNUAL REPORT AND FEES - 1
Cause No.: CV 4-5462 RBL

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
1200 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-2650/Fax (206) 623-5764

## I. FINDINGS OF FACT

1.1   The facts alleged in the Petition of Trustee for Order Approving Annual Report and Fees, and all attachments to that Petition are true and include all of the facts necessary to give the Court jurisdiction over this matter.

1.2   It appears to the Court that all acts required of the Trustee have been performed.

1.3   It appears to the Court that the accounting submitted by the Trustee is correct.

1.4   Notice of the hearing on this matter has been properly provided to the parties entitled to receive such notice.

Based upon the Findings of Fact set forth above the Court makes the following:

## II. CONCLUSIONS OF LAW

2.1   The Court has retained jurisdiction over the parties and the subject matter of this trust proceeding.

2.2   The Court should enter an Order approving the accounting and all acts of the Trustee for the period from May 1, 2011 through April 30, 2012.

Based on the foregoing Findings of Fact and Conclusions of Law, the Court makes the following:

## III. ORDER

3.1   The accounting of Wells Fargo Bank, N.A., the Trustee of the Nicholas Christoforo Supplemental Needs Trust, u/a dtd March 30, 2006, and all of the Trustee's accounts, actions, investments, and expenditures set forth in the accounting for the period from May 1, 2011 through April 30, 2012 are approved.

3.2   The fees of Wells Fargo Bank, N.A. as Trustee of the Nicholas Christoforo Supplemental Needs Trust, u/a dtd March 30, 2006 for the period from May 1, 2011 through

ORDER APPROVING ANNUAL REPORT AND FEES - 2
Cause No.: CV 4-5462 RBL

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
1200 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-2650/FAX (206) 623-5764

April 30, 2012 are approved. The payment of the approved fees and costs from the assets of the Trust estate shall be and hereby is ratified.

    3.3    The next annual report and accounting of the Trustee shall cover the period from May 1, 2012 through April 30, 2013 and shall be filed no later than 90 days after April 30, 2012.

Dated this __ day of July, 2012.

———————————————————
HONORABLE RONALD B. LEIGHTON

Presented by:

AIKEN, ST. LOUIS & SILJEG, P.S.

*[signature]*

Corey T. Denevan, WSBA No. 32114
Carla Calogero, WSBA No. 42582
Attorneys for Trustee

ORDER APPROVING ANNUAL REPORT AND FEES - 3
Cause No.: CV 4-5462 RBL

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
1200 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 624-2650/FAX (206) 623-5764